# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　　Respondent. | Case No. 2:19-cv-00989-KJD-VCF<br><br>**ORDER** |

Petitioner having filed an unopposed motion for an extension of time (first request) (ECF No. 10), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (first request) (ECF No. 10) is **GRANTED**. Petitioner will have up to and including March 30, 2020, to file an amended petition.

DATED: October 1, 2019

_____
KENT J. DAWSON
United States District Judge