# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　　Respondent. | Case No. 2:19-cv-00989-KJD-VCF<br><br>**ORDER** |

　　　Petitioner having filed an unopposed motion for an extension of time (second request) (ECF No. 13), and good cause appearing;

　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (second request) (ECF No. 13) is **GRANTED**. Petitioner will have up to and including May 22, 2020, to file an amended petition.

　　　DATED: March 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1