1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11
12
13
14
15
16

| | |
|---|---|
| RICHARD BANDA, | Case No. 2:19-cv-00989-KJD-VCF |
|            Petitioner, | **ORDER** |
|     v. | |
| HIGH DESERT STATE PRISON, et al., | |
|            Respondent. | |

17
18
19
20
21

     This is a counseled habeas corpus matter under 28 U.S.C. § 2254.  On June 2, 2020, respondents filed a motion for enlargement of time (ECF No. 25) to respond to petitioner's motion for leave to file notice of supplemental authority (ECF No. 23).  On June 3, 2020, the court denied the motion for leave to file notice of supplemental authority as moot.  ECF No. 26 at 8. Consequently, respondents' request for an extension of time also is moot.

22
23

     IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (ECF No. 25) is **DENIED** as moot.

24

DATED:  August 10, 2020

25
26

_____
KENT J. DAWSON
United States District Judge

27
28

1