# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Respondent. | Case No. 2:19-cv-00989-KJD-VCF<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 30), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 30) is **GRANTED**.  Respondents will have up to and including December 4, 2020, to file and serve a response to the second amended petition (ECF No. 27).

DATED:　October 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1