# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA, | Case No. 2:19-cv-00989-KJD-VCF |
| Petitioner, | **ORDER** |
| v. | |
| HIGH DESERT STATE PRISON, et al., | |
| Respondent. | |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 32), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 32) is **GRANTED**. Respondents will have up to and including January 8, 2021, to file and serve a response to the second amended petition (ECF No. 27).

DATED: December 4. 2020.

_____
KENT J. DAWSON
United States District Judge

1