# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Respondent. | Case No. 2:19-cv-00989-KJD-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 38), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 38) is **GRANTED**. Respondents will have up to and including February 26, 2021, to file and serve a reply to the opposition to the motion to dismiss (ECF No. 37).

DATED: 1/28/2021

　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1