# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA, | Case No. 2:19-cv-00989-KJD-VCF |
| Petitioner, | **ORDER** |
| v. | |
| HIGH DESERT STATE PRISON, et al., | |
| Respondent. | |

Petitioner has filed a motion to correct clerical mistakes in order. ECF No. 42. Petitioner correctly notes some clerical errors in the court's order of September 7, 2021. ECF No. 41. The court grants the motion.

IT THEREFORE IS ORDERED that petitioner's motion to correct clerical mistakes in order (ECF No. 42) is **GRANTED**. The court will issue a separate amended order granting the motion to dismiss.

DATED: September 17, 2021

_____
KENT J. DAWSON
United States District Judge

1