# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>        Petitioner,<br><br>    v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>        Respondent. | Case No. 2:19-cv-00989-KJD-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 45), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 45) is **GRANTED**.  Respondents will have up to and including January 7, 2022, to file and serve an answer to the second amended petition.

DATED:  November 8, 2021

_____
KENT J. DAWSON
United States District Judge