1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10

11 RICHARD BANDA,                                           Case No. 2:19-cv-00989-KJD-VCF

12                     Petitioner,                         **ORDER**

13          v.

14 HIGH DESERT STATE PRISON, et al.,

15                     Respondent.

16

17          Respondents having filed an unopposed motion for enlargement of time (second request)

18 (ECF No. 47), and good cause appearing;

19          IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of

20 time (second request) (ECF No. 47) is **GRANTED**.  Respondents will have up to and including

21 March 8, 2022, to file and serve an answer to the second amended petition.

22          DATED:  January 11, 2022

23                                                         _____

24                                                         KENT J. DAWSON
                                                           United States District Judge
25

26

27

28

1