UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA, | Case No. 2:19-cv-00989-KJD-VCF |
| Petitioner, | **ORDER** |
| v. | |
| HIGH DESERT STATE PRISON, et al., | |
| Respondent. | |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 49), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 49) is **GRANTED**. Respondents will have up to and including March 22, 2022, to file and serve an answer to the second amended petition.

DATED:   March 10, 2022

_____
KENT J. DAWSON
United States District Judge

1