Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Richard Banda

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Richard Banda,<br><br>             Petitioner,<br><br>     v.<br><br>Calvin Johnson, *et al.*,[1]<br><br>             Respondents. | Case No. 2:19-cv-00989-KJD-VCF<br><br>**Unopposed Motion for an Extension of Time to File Reply to Answer**<br><br>**(First Request)** |

Petitioner Richard Banda asks this Court to enter an Order extending his deadline for filing his Reply to Answer from April 21, 2022 by 60 days, up until June 20, 2022. This is Banda's first request for an extension. Respondents do not oppose this request.

---

[1] The caption has been modified to reflect Calvin Johnson as the current warden of High Desert State Prison. *High Desert State Prison (HDSP)*, State of Nevada Department of Corrections, available at https://doc.nv.gov/Facilities/HDSP_Faciltiy/ (last visited Apr. 20, 2022). The proper respondent to a habeas petition under § 2254 is "the person who has custody over [the petitioner]." 28 U.S.C. § 2242.

## POINTS AND AUTHORITIES

On August 6, 2020, Banda filed his Second Amended § 2254 Petition.[2] On March 30, 2022, Respondents filed their Answer to Banda's petition.[3]

Counsel has been diligently working on Banda's reply to Respondents' Answer. Based on Respondents' Answer, Counsel for Banda has been working to obtain a Declaration from Banda. Accordingly, Banda requests a 60-day extension to file his Reply to Answer by June 20, 2022.

On April 20, 2022, counsel for Respondents, Deputy Attorney General Gerri Hardcastle, indicated by email that Respondents do not oppose this request with the understanding that Respondents' lack of objection is not waiver of any procedural defenses or statute of limitations challenges or construed as agreeing with the accuracy of the representations made in this Motion.

Dated April 20, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ron Sung*
RON SUNG
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated:  4/22/2022

---

[2] ECF No. 27.
[3] ECF No. 51.

2