UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>             Petitioner,<br><br>     v.<br><br>CALVIN JOHNSON, et al.,<br><br>             Respondent. | Case No. 2:19-cv-00989-KJD-VCF<br><br>**ORDER** |

Petitioner has filed an unopposed motion for an extension of time (first request) (ECF No. 52). The court finds that good cause exists to grant this motion.

Petitioner also has changed the name of the respondent from the High Desert State Prison to Calvin Johnson, who is the warden of the prison. The court will update the docket accordingly.

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (first request) (ECF No. 52) is **GRANTED**. Petitioner will have up to and including June 20, 2022, to file a reply to the answer (ECF No. 51).

IT FURTHER IS ORDERED that the clerk of the court add Calvin Johnson as a respondent and remove the High Desert State Prison as a respondent.

DATED: April 22, 2022

_____
KENT J. DAWSON
United States District Judge

1